# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN WATKINS, | 1:10-cv-02356-LJO-SKO |
| Plaintiff, | **ORDER REGARDING PLAINTIFF'S "MOTION TO DISMISS"** |
| v. | (Doc. 13) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

On May 4, 2011, Plaintiff Melvin Watkins ("Plaintiff") submitted a "Motion to Dismiss" which indicates that the parties have stipulated to dismissal of the action and are agreeing that each side shall bear its own costs. It appears that Plaintiff was seeking to file a stipulation for dismissal, but only Plaintiff's counsel has signed the document submitted. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a Stipulation of Dismissal must be signed by all parties who have appeared. To the extent Plaintiff wishes to file a stipulation for dismissal, he must submit a signed stipulation, indicating whether each side will bear its own costs, and a Proposed Order based upon the Stipulation.

///

///

Accordingly, the Court HEREBY ORDERS THAT:

1. Plaintiff shall file a Stipulation for Dismissal and Proposed Order that comports with Federal Rule of Civil Procedure 41 within 10 days; and
2. Plaintiff is directed to submit via email a conforming proposed order in Word or WordPerfect format to Judge O'Neill at ljoorders@caed.uscourts.gov.

IT IS SO ORDERED.

**Dated:   May 6, 2011**                            /s/ Sheila K. Oberto
                                      UNITED STATES MAGISTRATE JUDGE