1  Sengthiene Bosavanh, Esq. #249801
   Law Offices of Jeffrey Milam
2  948 11th Street, Suite 17
   Modesto, California 95354
3  (209) 576-0817

4  Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Melvin Watkins ) | 1:10-CV-02356-LJO-SKO |
| ) | |
| Plaintiff, ) | STIPULATION AND PROPOSED ORDER FOR DISMISSAL |
| ) | |
| vs. ) | |
| ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the parties as follows: that the Civil Action filed on December 13, 2010 on behalf of Plaintiff be dismissed. After conferring, Plaintiff and her counsel agree that this claim lacks merit to continue. The parties are in agreement to dismiss the case. Each party will bear its own costs.

Dated: May 16, 2011        /s/ Sengthiene Bosavanh

                           SENGTHIENE BOSAVANH, ESQ.
                           Attorney for Plaintiff

Dated: May 16, 2011
                           BENJAMIN B. WAGNER
                           United States Attorney

                           By: /s/ Geralyn A Gulseth
                           (as authorized via telephone)
                           GERALYN A GULSETH
                           Assistant Regional Counsel

**ORDER**

The clerk is directed to close this action.

IT IS SO ORDERED.

**Dated:   May 17, 2011**                    /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE